Naomi C. Hill (SBN 243981)
HILL & ASSOCIATES LAW GROUP
7211 Haven Avenue, Suite E301
Rancho Cucamonga, CA  91701
Telephone:  (909) 908.7392
Facsimile:   (909) 781-2503
E-Mail:  naomi.hill@hillassociateslaw.com

Attorneys for Plaintiff,
KAREN SMITH

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Karen Smith,<br><br>            Plaintiff,<br><br>     v.<br><br>US BANK, NA, TRUSTEE FOR STRUCTURED ASSET SECURITIES CORP. MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007 BC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; EQUIFIRST CORP.; OCWEN LOAN SERVICING LLC; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES (A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY); and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No.: 2:11-cv-10764-DMG-CWx<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC [64]** |
|---|---|

**[PROPOSED]** ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the parties' stipulation [Doc. # 64], and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed against defendant Ocwen Loan Servicing, LLC with prejudice. The parties will bear their own fees and costs of the action.

DATED: November 1, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

1